

SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 27, 2023**

The Order of the Court is set forth below. The docket reflects the date entered.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:
    CAROLYN BELLE ODOM,                                CASE NO. 23-51293-KMS

    DEBTOR .                                                                     CHAPTER 13

David Rawlings, Trustee

## ORDER TO SHOW CAUSE

YOU ARE HEREBY ORDERED TO APPEAR on December 14, 2023, at 10:30 a.m, in the William M. Colmer Federal Building, Courtroom 2, 701 Main Street, Hattiesburg, Mississippi, to show cause why sanctions or other relief should not be imposed for failure to submit the appropriate order or judgment resulting from the hearing set on November 7, 2023, on the Trustee's Objection to Confirmation filed by David Rawlings (Dkt. #18) in the above-styled case.  *See* Miss. Bankr. L. R. 1001-1(g) and 9013-1(e).

##END OF ORDER##